**Stuart B. Wolfe (SBN 156471)**
**Kelly Andrew Beall (SBN 162456)**
**kabeall@wolfewyman.com**
**WOLFE&WYMAN, LLP**
**5 Park Plaza, Suite 1100**
**Irvine, California 92614-5979**
**Telephone:   (949) 475-9200**
**Facsimile:   (949) 475-9203**

**Attorneys for Defendants**
**GMAC MORTGAGE, LLC**
**and ETS SERVICES, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAJ BORJKHANI, | Case No. SACV 09-585 CJC (RNBx) |
| Plaintiff, | Assigned to Judge Cormac J. Carney Ctrm: 9B |
| v. | ~~[PROPOSED]~~ **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| GMAC Mortgage, LLC, ETS Services LLC and DOES 1 THROUGH 50, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Defendants GMAC MORTGAGE LLC and ETS SERVICES LLC'S Motion to Dismiss for Lack of Prosecution having been granted by the Honorable Judge Cormac J. Carney on September 4, 2009:

**IT IS HEREBY ORDERED**

That a judgment of dismissal with prejudice be entered in favor of Defendants, GMAC MORTGAGE LLC and ETS SERVICES LLC and against Plaintiff IRAJ BORJKHANI;

**IT IS SO ORDERED**

DATED:  October 20, 2009     _____

HONORABLE CORMAC J. CARNEY

H:\Matters\GMAC Mortgage Corporation (1353.002)\250 (Borjkhani)\Pleadings\[Proposed] Judgment of Dismissal.doc

~~[PROPOSED]~~ JUDGMENT